UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Civil Action No. 18-1614 (ABJ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: February 4, 2021      Respectfully submitted,

*/s/ Michelle S. Grant*  (By Permission)
Michelle S. Grant (MN ID #0311170) (pro hac vice)
Dorsey & Whitney LLP
Creighton R. Magid (#476961)
Dorsey & Whitney LLP
1401 New York Ave. NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 442-3000
Fax: (202) 442-3199
magid.chip@dorsey.com

*Attorneys for Plaintiff*

- 2 -

        MICHAEL R. SHERWIN
        Acting United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division

          /s/ *Paul Cirino*
        PAUL CIRINO, D.C. Bar # 1684555
        Assistant United States Attorney
        Civil Division
        U.S. Attorney's Office for the District of Columbia
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone:  (202) 252-2529
        paul.cirino@usdoj.gov

        *Attorneys for Defendants*